# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES EDWARD EMERSON,**

        Petitioner,

        -vs-                    **Case No. 15-C-180**

**WILLIAM POLLARD,**
**Warden of Waupun Correctional Institution,**

        Respondent.

# DECISION AND ORDER

Pro se Petitioner James Edward Emerson ("Emerson"), convicted of first-degree intentional homicide after a jury trial before the Marathon County Circuit Court and serving a life sentence without parole at Waupun Correctional Institution, filed a petition for relief pursuant to 28 U.S.C. § 2254. From review of Emerson's petition, it does not plainly appear that he is not entitled to relief. *See* R. 4 Governing § 2254 Cases Dist. Cts. Therefore, Respondent William Pollard ("Pollard") will be required to file an answer, motion or other response to the instant petition that contains the materials required by Rule 5 of the Rules Governing § 2254 Cases in the District Courts.

**NOW, THEREFORE, BASED ON THE FOREGOING, IT IS HEREBY ORDERED THAT:**

**On or before May 19, 2015,** Pollard must file an answer, motion or other response to the instant petition.

Dated at Milwaukee, Wisconsin, this 19th day of March, 2015.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA
U.S. District Judge**